1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MYLES LAMELL SHERMAN,                    Case No.  2:20-cv-02284-JDP (PC)

12              Plaintiff,                     ORDER DIRECTING PLAINTIFF TO FILE A
                                              SIGNED COMPLAINT
13        v.
                                              ECF No. 1
14   DEVON BELL,

15              Defendant.

16

17        Plaintiff, an inmate at the Placer County Jail, is proceeding without counsel in this action

18   brought under 42 U.S.C. § 1983.  In addition to filing an application for leave to proceed *in forma*

19   *pauperis*, plaintiff has filed an unsigned complaint.

20        Federal courts must engage in a preliminary screening of cases in which prisoners seek

21   redress from a governmental entity or an officer or employee of a governmental entity.  28 U.S.C.

22   § 1915A(a).  The court must identify cognizable claims or dismiss the complaint, or any portion

23   of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which

24   relief may be granted," or "seeks monetary relief from a defendant who is immune from such

25   relief."  *Id.* § 1915A(b).

26        The court cannot conduct the required screening of plaintiff's complaint because plaintiff

27   has not signed it.  *See* ECF No. 1.  Rule 11 of the Federal Rules of Civil Procedure requires that

28   "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record

                                          1

in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).  Because plaintiff did not sign the complaint, ECF No. 1, it will be disregarded.  Within thirty days, plaintiff may file a complaint that is signed.  *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").  Failure to comply with this order may result in an order closing this case.

IT IS SO ORDERED.

Dated:    November 18, 2020                           _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE