UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL,<br><br>             Plaintiff,<br><br>    v.<br><br>JAMES CORY,<br><br>             Defendant. | No.  2:20-cv-2132-EFB P |
| MYLES LAMELL SHERMAN,<br><br>             Plaintiff,<br><br>    v.<br><br>JAMES CORY,<br><br>             Defendant. | RELATED CASE ORDER<br><br>No.  2:20-cv-2284-JDP P |

James Cory, defendant in both cases listed above, has filed a notice of related case, indicating that the above cases are related.  An action is related to another action within the meaning of Local Rule 123 when (1) both actions involve the same parties and are based on the same or a similar claim; (2) both actions involve the same property, transaction, or event; (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either

because the same result should follow in both actions or otherwise; or (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

      Examination of the above-entitled actions reveals that the actions are related. The actions involve similar claims and similar questions of fact and law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

      Accordingly, it is ORDERED that the case designated *Sherman v. Cory*, No. 20-cv-2284-JDP, is reassigned to the undersigned for all further pretrial proceedings. The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same district judge and magistrate judge; no consolidation of the actions is affected.

DATED: August 19, 2021

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE