1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MYLES LAMELL SHERMAN,                    No.  2:20-cv-2284-EFB P

12              Plaintiff,

13         v.                                  ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14    JAMES CORY,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On August 6, 2021, defendant Cory, the sole defendant in this case, filed a

19   motion to dismiss.  *See* Fed. R. Civ. P. 12(b)(6).  The time for responding to the motion passed,

20   and plaintiff failed to file an opposition or otherwise respond.

21         On September 3, 2021, the court warned plaintiff that failure to respond to the motion

22   could result in a recommendation that this action be dismissed.  ECF No. 22.  The court also

23   provided plaintiff a 21-day extension of time to respond.  *Id.*

24         The time for acting has once again passed and plaintiff has not filed an opposition, a

25   statement of no opposition, or otherwise responded to the court's order.[1]  Plaintiff has disobeyed

26

27         [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective.

                                               1

1   this court's orders and failed to prosecute this action.  The appropriate action is dismissal without

2   prejudice.

3          Accordingly, it is ORDERED that Clerk randomly assign a United States District Judge to

4   this action.

5          Further, it is RECOMMENDED that this action be dismissed without prejudice.  *See* Fed.

6   R. Civ. P. 41(b); E.D. Cal. L.R. 110.

7          These findings and recommendations are submitted to the United States District Judge

8   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9   after being served with these findings and recommendations, any party may file written

10  objections with the court and serve a copy on all parties.  Such a document should be captioned

11  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

12  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

13  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

14  DATED:  September 28, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28